AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District Of Texas
FILED

APR 2 3 2020

David J. Bradley, Clerk

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Maria Angelica Colburn

**CRIMINAL COMPLAINT**

Case Number:   M-20- 098 -M

IAE        YOB:    1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ April 23, 2020 _____ in ___ Hidalgo ___ County, in

the _____ Southern _____ District of _____ Texas _____
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Maria Angelica Colburn was encountered by Border Patrol Agents near Hidalgo, Texas on April 23, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 22, 2020, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 21, 2019 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 2, 2019, the defendant was convicted of 8 USC 1326, Alien Unlawfully Found in the U.S. After Deportation, and sentenced to one hundred forty-eight (148) days confinement and two (2) years Supervised Release Term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 23, 2020.

Continued on the attached sheet and made a part of this complaint:

☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

Complaint authorized by: AUSA Sarina Dipiazza @ 1:05 PM

April 23, 2020

**J. Scott Hacker** _____ , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Mirna Silva
**Signature of Complainant**

Mirna Silva                    Border Patrol Agent

Signature of Judicial Officer